```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

NOEL RIVERA and CARIDAD AMPUDIA,

       Plaintiffs,
v.                                   Case No. 8:09-cv-1495-T-33EAJ

EMPIRE INDEMNITY INSURANCE COMPANY,

       Defendant.
_____/

## ORDER APPOINTING MEDIATOR

Pursuant to the Notice of Selection of Mediator and Scheduling of Mediation (Doc. # 16) filed on May 7, 2010, and in accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that the following individual is hereby **appointed** by the Court to serve as Mediator in this action:

| | |
|---|---|
| **Name of Mediator**: | Gasper J. Ficarrotta, Esq. |
| | Barr Murman & Tonelli, P.A. |
| **Address**: | 201 E. Kennedy Blvd. Ste. 1700 |
| | Tampa, Florida 33602 |
| **Telephone**: | (813) 223-3951 |

By agreement of the parties, the mediation conference is scheduled for **10:30 a.m. on July 29, 2010**, at the offices of Marshall Thomas Burnett, 200 N. Pierce St., 1st Floor, Tampa, Florida 33602. Counsel are reminded of their obligations to comply

with the provisions of the Local Rules of the Middle District of Florida.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>10th</u> day of May, 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
All Counsel of Record
Mediator: Gasper J. Ficarrotta, Esq.
201 E. Kennedy Blvd. Ste. 1700
Tampa, Florida 33602